STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
ARJUN P. RAO (State Bar No. 265347)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310.556.5800
Facsimile:  310.556.5959
Email:      *lacalendar@stroock.com*

Attorneys for Defendant
  CHASE BANK USA, N.A., erroneously sued as
  JPMORGAN CHASE BANK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**BAKERSFIELD DIVISION**

| | |
|---|---|
| TIMOTHY MUNZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>JPMORGAN CHASE BANK; and DOES 1-10 inclusive,<br><br>            Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF DEFENDANT CHASE BANK USA, N.A., ERRONEOUSLY SUED AS JPMORGAN CHASE BANK**<br><br>(***Pursuant To 28 U.S.C. § 1331** – Federal Question*) |

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank ("Chase"), hereby removes the action entitled <u>Timothy Munz v. JPMorgan Chase Bank</u>, Superior Court of California, County of Kern, Case No. BCL-17-016209 (the "Action"), to the United States District Court for the Eastern District of California on the following grounds:

1. <u>Removal Is Timely</u>.  The Summons and Complaint ("Complaint") were personally served on October 25, 2017.  The First Amended Complaint ("FAC") was filed on November 20, 2017.  Chase has timely filed this Notice of Removal pursuant to 28 U.S.C. § 1446(b) because it has filed it within 30 days of receipt by, and service on, Chase of the Complaint, and within one year after "commencement of the action" in state court.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons, Complaint, Civil Case Coversheet, FAC and various orders entered by the Superior Court of the State of California for the County of Kern are attached as Exhibit A.

2. <u>This Court Has Removal Jurisdiction Over This Action</u>.  The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one that Chase may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) in that Plaintiff Timothy Munz ("Plaintiff") alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, <u>et seq.</u> (the "TCPA") (<u>see</u> Compl. ¶¶ 21-26; FAC ¶¶ 19-24), a claim that is created by, and arises under, federal law.  <u>See</u> <u>Mims v. Arrow Fin. Servs., LLC</u>, 132 S. Ct. 740, 748 (2012) (holding that the TCPA's permissive grant of jurisdiction to state courts does not deprive the United States district courts of federal-question jurisdiction over private TCPA suits, and that a TCPA claim, "in 28 U.S.C. § 1331's words, plainly 'aris [es] under' the 'laws . . . of the United States'").  To the extent any other claims in the Action arise under state law, including the California Rosenthal Fair Debt Collection Practices Act, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. §§ 1367 and 1441(c).

3. <u>Proper Jurisdiction</u>.  This Court is the proper district court for removal because the Superior Court of the State of California for the County of Kern is located within the United States District Court for the Eastern District of California.

4. <u>Notice Has Been Effected</u>.  Chase is filing a copy of this Notice of Removal of Action with the Superior Court of the State of California for the County of Kern.  Chase will promptly serve Plaintiff with copies of this Notice of Removal and the Notice filed in the Action.

Dated:  November 22, 2017

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
ARJUN P. RAO

By: */s/ Arjun P. Rao*
Arjun P. Rao

Attorneys for Defendant
CHASE BANK USA, N.A., erroneously sued as JPMORGAN CHASE BANK

- 2 -
NOTICE OF REMOVAL OF DEFENDANT CHASE BANK USA, N.A.
LA 52117648

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2017, a copy of the foregoing **NOTICE OF REMOVAL OF DEFENDANT CHASE BANK USA, N.A., ERRONEOUSLY SUED AS JPMORGAN CHASE BANK** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

*/s/ Arjun P. Rao*
Arjun P. Rao

By mail to:
Todd M. Friedman
Adrian R. Bacon
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367