Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MUNZ, | ) Case No. 1:17-cv-01570-LJO-JLT |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| JPMORGAN CHASE BANK; and DOES 1-10 inclusive, | ) |
| Defendant. | ) |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** December 18, 2017        **Law Offices of Todd M. Friedman, P.C.**

                       By: /s/ Todd M. Friedman
                           Todd M. Friedman, Esq.
                           Attorneys for Plaintiff

Notice of Settlement - 1

Filed electronically on this 18th Day of December, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Lawrence J. O'Neill
United States District Court
Eastern District California

And all Counsel of Record as recorded on the Electronic Service List.

This 18th Day of December, 2017

s/Todd M. Friedman
   Todd M. Friedman, Esq.