# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MUNZ, | ) Case No.: 1:17-cv-1570 LJO JLT |
| Plaintiff, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) (Doc. 6) |
| J.P. MORGAN CHASE BANK, et al., | ) |
| Defendants. | ) |

On December 18, 2017, Plaintiff notified the Court that the parties have reached a settlement. (Doc. 6) Thus, according to Local Rule 160, the Court **ORDERS**:

1. A stipulated request for dismissal **SHALL** be filed no later than **December 30, 2017**;
2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated: __December 18, 2017__         __/s/ Jennifer L. Thurston__
                              UNITED STATES MAGISTRATE JUDGE