# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MUNZ, | ) Case No.: 1:17-cv-1570 LJO JLT |
| Plaintiff, | ) ORDER CLOSING THE CASE |
| v. | ) (Doc. 8) |
| J.P. MORGAN CHASE BANK, et al., | ) |
| Defendants. | ) |

The parties have stipulated to dismiss the matter with prejudice. (Doc. 8) The stipulation relies on Fed. R. Civ.P. 41(a)(1), which makes the dismissal effective without an order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action in light of the stipulation dismissing the action.

IT IS SO ORDERED.

Dated: **January 2, 2018**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE